IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**VICTOR M. ZAMORA, JR., et al.,**

    **Defendants.**                     Case No. 06-cr-30166-4-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Victor M. Zamora, Jr.'s Second Motion to Continue Sentencing (Doc. 283), seeking further time to review a forthcoming Addendum to the Presentence Investigation Report and to prepare any necessary objections thereto. The Motion states that the Government has no objection to such a continuance. Therefore, for good cause shown, the Motion (Doc. 283) is **GRANTED**. Defendant Zamora, Jr.'s sentencing hearing is **CONTINUED** to **Friday, January 11, 2008 at 2:30 p.m.**

    **IT IS SO ORDERED**.

Signed this 19th day of December, 2007.

                        /s/     David R Herndon
                        **Chief Judge**
                        **United States District Court**